**DOCK NANNEY, Movant, v. COMMONWEALTH OF KENTUCKY, Opposed.**

Court of Appeals of Kentucky.

(Decided Sept. 30, 1938.)

J. E. WARREN for movant.

HUBERT MEREDITH, Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.

**ELMO ROGERS, SR., Movant, v. STANLEY WILLIAMS' ADM'R, Opposed.**

Court of Appeals of Kentucky.

(Decided Sept. 30, 1938.)

CLARENCE MILLER for movant.

J. W. WALKER and JAMES W. WOLFINBARGER, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.